IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEAN C. BOYD**                                                                                           **PLAINTIFF**

v.                                                                                                         No. 4:22CV101-GHD-DAS

**ALLEGIANCE SPECIALTY HOSPITAL OF
GREENVILLE AND MISTY HUGHES**                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) The motion by the defendants for summary judgment is **GRANTED**, and Judgment is **ENTERED** in favor of the defendants;

(2) The instant case is **DISMISSED** with prejudice as frivolous and malicious, as all of the plaintiff's claims are barred by the doctrines of *res judicata* (while some are also barred by collateral estoppel, and some are wholly without merit);

(3) In addition, to the extent that the plaintiff brings claims under state law, those claims are **BARRED** by the applicable one-year limitations period for allegations of assault and battery;

(4) *As Boyd has previously tallied his third "strike" under the Prison Litigation Reform Act, he may no longer proceed as a pauper unless he can show that he was under imminent danger of serious physical injury at the time he filed his complaint or appeal (see 28 U.S.C. § 1915(g)); indeed, Boyd's in forma pauperis status in civil rights cases filed after February 2, 2022 may be subject to revocation based upon the "three strikes" rule;*

(5) In addition, the **Clerk of the Court** is **DIRECTED** to file the instant memorandum opinion and final judgment as a "Notice of Res Judicata, Collateral Estoppel, Three PLRA Strikes, and Possible Sanctions" in the following cases (which arise out of the same nucleus of operative facts as the present one) so that the presiding Judge in each case may decide what action, if any, he may take in light of the Notice:

    *Boyd v. Sutton*, 4:22CV138-NBB-JMV;

    *Boyd v. Hughes*, 4:23CV35-GHD-RP;

    *Boyd v. S&S Management Group*, LLC, 4:22CV65-NBB-DAS;

    *Boyd v. Hughes*, 4:23CV36-NBB-DAS;

    *Boyd v. Sutton*, 4:21CV159-GHD-DAS.

; and

(6) Finally, Boyd must **SHOW CAUSE**, within 21 days why the court should not impose the following sanction: Before Boyd may file suit in this court in the future, for each allegation, he must provide some modicum of documentary evidence tending to show that the events alleged actually occurred;

**SO ORDERED**, this, the 25th day of April, 2023.

/s/ Glen H. Davidson

SENIOR U.S. DISTRICT JUDGE